IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL WAYNE ROLAND, | No. 4:25-CV-01307 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WAYNE COUNTY PRISON, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 23rd day of September 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Within **21 days** of the date of this Order, Plaintiff shall show cause as to why his complaint (Doc. 1) should not be dismissed as barred by claim preclusion.

2. Failure to timely respond will result in dismissal of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(b)(i) as frivolous and malicious and for failure to state a claim upon which relief may be granted.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge