IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL WAYNE ROLAND, | No. 4:25-CV-01307 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WAYNE COUNTY PRISON, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 8th day of December 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Fourteenth Amendment procedural due process claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. Plaintiff's Eighth Amendment conditions-of-confinement claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. Plaintiff's official capacity claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

4. Plaintiff's Eighth Amendment failure-to-protect claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

5. Plaintiff, if he desires, may file an amended complaint in accordance with the accompanying Memorandum within <u>21 days</u> of the date of this Order.

6. If no amended complaint is timely filed, any dismissal without prejudice will automatically convert to dismissal <u>with prejudice</u> and the Court will close this case. If Plaintiff files an amended complaint that fails to comply with the specific directions provided by the Court, any such inappropriate pleading will be summarily stricken from the record.

7. Plaintiff's motion to appoint counsel (Doc. 2) is **DISMISSED** as moot and without prejudice in light of the foregoing paragraphs.

BY THE COURT:

<u>*s/ Matthew W. Brann*</u>
Matthew W. Brann
Chief United States District Judge

2