**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL WAYNE ROLAND, | No. 4:25-CV-01307 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WAYNE COUNTY PRISON, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 24th day of February 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's Eighth Amendment failure-to-protect claims against Wayne County Correctional Facility, Acting Sergeant Scott Jaycox, and Correctional Officer Walker Carney are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2.  This case will proceed on the following Section 1983 claims only: individual capacity Eighth Amendment failure to protect against defendants Warden Randal Williams, Deputy Warden John Masco, and Lieutenant Paul Soccodoto.

3.  The Clerk of Court is directed to terminate defendants Wayne County Correctional Facility, Acting Sergeant Scott Jaycox, and Correctional Officer Walker Carney.

4.  In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is further directed to **SERVE** a copy of the Amended Complaint (Doc. 16), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399), and this Order on defendants Warden Randal Williams, Deputy Warden John Masco, and Lieutenant Paul Soccodoto at Wayne County Correctional Facility.  In the interest of efficient

administrative judicial economy, the Court requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge